Perry Clegg (USB 7831)
	pclegg@kunzlerlaw.com
**KUNZLER BEAN & ADAMSON, PC**
50 W. Broadway, Suite 1000
Salt Lake City, UT 84101
Tel.: (801) 994-4646
Fax: (801) 531-1929

*Attorneys for Plaintiff,*
Modern Font Applications LLC

Matthew L. Crockett
**GREENBERG TRAURIG LLP**
1200 17th St Ste 2400
Denver, CO 80202
(303) 685-7479
Email: crockettm@gtlaw.com

*Attorneys for Defendant,*
W. W. Grainger Inc.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MODERN FONT APPLICATIONS LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>W.W. GRAINGER, INC.,<br><br>Defendant(s). | Case No. 2:19-cv-00214-TS-DBP<br><br>**JOINT MOTION TO STAY FOR SETTLEMENT DISCUSSIONS**<br><br>Judge Ted Stewart<br>Magistrate Judge Dustin B. Pead<br><br><u>Jury Trial Demanded</u> |

## **JOINT MOTION**

Plaintiff and Defendant hereby jointly move for an Order staying all deadlines and proceedings in this case for fourteen (14) days, to permit the parties to conduct settlement discussions without the need or obligation to attend to other matters related to litigation of this case. This motion will affect two dates set by the Court. Without this stay, Defendant's response to the Complaint would be due on June 3, 2019. *See* ECF No. 16. Additionally, without this stay, the parties' Attorney Planning Report would be due on June 3, 2019. *Id.* The parties believe that settlement is likely and seek a stay that would extend these deadlines to June

17, 2019.

The parties request that proceedings automatically resume at the end of the fourteen (14) day period unless the parties have filed dismissal papers or a request for a further stay to continue settlement discussions.

A proposed order is being filed herewith.

Dated: June 3, 2019                    Respectfully submitted,

                                           By:     */s/ Perry s. Clegg*

                                           Perry S. Clegg (USB 7831)
                                                    pclegg@kunzlerlaw.com
                                           **KUNZLER BEAN & ADAMSON, PC**
                                           50 W. Broadway, Suite 1000
                                           Salt Lake City, UT 84101
                                           Tel.: (801) 994-4646
                                           Fax: (801) 531-1929

                                           *Attorneys for Plaintiff,*
                                           Modern Font Applications LLC

Dated: June 3, 2019                    Respectfully submitted,

                                           By:     */s/ Matthew L. Crockett*

                                           Matthew L. Crockett
                                           **GREENBERG TRAURIG LLP**
                                           1200 17th St Ste 2400
                                           Denver, CO 80202
                                           (303)685-7479
                                           Email: crockettm@gtlaw.com

                                           *Attorneys for Defendant,*
                                           W.W. Grainger, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2019, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court for the District of Utah, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                                                  */s/ Perry S. Clegg*
                                                                   Perry S. Clegg