| | |
|---|---|
| Perry S. Clegg (USB 7831) | Matthew L. Crockett (USB 9521) |
| pclegg@kunzlerlaw.com | crockettm@gtlaw.com |
| **KUNZLER BEAN & ADAMSON, PC** | **GREENBERG TRAURIG, LLP** |
| 50 W. Broadway, Suite 1000 | 1200 17th Street, Suite 2400 |
| Salt Lake City, UT 84101 | Denver, CO 80202 |
| Tel.: (801) 994-4646 | Telephone: (303) 572-6500 |
| Fax: (801) 531-1929 | Facsimile: (303) 572-6540 |
| | |
| *Attorneys for Plaintiff,* | *Attorneys for Defendant,* |
| Modern Font Applications LLC | W.W. Grainger, Inc. |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| MODERN FONT APPLICATIONS LLC, a Utah limited liability company,<br><br>            Plaintiff,<br><br>    v.<br><br>W.W. GRAINGER INC., an Illinois corporation,<br><br>            Defendant(s). | Case No. 2:19-cv-00214-TS-DBP<br><br>**STIPULATED DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii)**<br><br>Judge Ted Stewart<br>Magistrate Judge Dustin B. Pead |

**STIPULATED DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii)**

      Plaintiff, Modern Font Applications LLC, and Defendant, W. W. Grainger, Inc., stipulate to dismissal of the above-captioned case and hereby move the Court for entry of an Order dismissing with prejudice all claims, defenses, and counterclaims of the parties against each other in the above-captioned case. The parties have reached a settlement and accordingly have stipulated to dismissal of the above-captioned case with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

      For the foregoing reasons, the parties respectfully request that the Court enter the accompanying [Proposed] Stipulated Order of Dismissal.

Dated:  June 17, 2019                    Respectfully submitted,

                                         By:     */s/ Perry S. Clegg*

                                                 Perry S. Clegg (USB 7831)
                                                     pclegg@kunzlerlaw.com
                                                 **KUNZLER BEAN & ADAMSON, PC**
                                                 50 W. Broadway, Suite 1000
                                                 Salt Lake City, UT 84101
                                                 Tel.: (801) 994-4646
                                                 Fax: (801) 531-1929

                                                 *Attorneys for Plaintiff,*
                                                 Modern Font Applications LLC

Dated:  June 17, 2019                    Respectfully submitted,

                                         By:     */s/ Matthew Crockett*
                                                 Matthew L. Crockett
                                                 Utah Bar No. 9521
                                                 GREENBERG TRAURIG, LLP
                                                 1200 17th Street, Suite 2400
                                                 Denver, CO 80202
                                                 Telephone: (303) 572-6500
                                                 Facsimile: (303) 572-6540
                                                 crockettm@gtlaw.com

                                                 *Attorneys for Defendant,*
                                                 W.W. Grainger, Inc.

## **CERTIFICATE OF SERVICE**

     I hereby certify that on June 17, 2019, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court for the District of Utah, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                                     */s/ Perry S. Clegg*
                                                       Perry S. Clegg